*Fee Waived (cvr)*

# NOTICE OF APPEAL
## UNITED STATES DISTRICT COURT

FILED
U.S. DISTRICT COURT

__SOUTHERN__ District of __NEW YORK__   2016 SEP 16 AM 2:57

S.D. OF N.Y.W.P.

UNITED STATES OF AMERICA

Docket Number __09 CR. 898 (CS)__

- v -

HONORABLE CATHY SEIBEL

BRIAN RUBEL

(District Court Judge)

Notice is hereby given that __the defendant BRIAN RUBEL__ appeals to the United States Court of Appeals for the Second Circuit from the:

judgment [✓] ; order [ ] ; other [ ] : _____
(specify)

entered in this action on __09/14/16__
(date)

Offense occurred after November 1, 1987    Yes [✓]    No [ ]

The appeal concerns:    conviction only [ ] :    sentence only [✓] :    conviction and sentence [ ]

Date: __September 16, 2016__

TO:
Benjamin Allee, Esq.
Assistant United States Attorney
300 Quarropas Street
White Plains, New York 10601

__Barry Leiwant, Esq.__
(Counsel for Appellant)

Address: __Federal Defenders of New York, Inc.__

__52 Duane Street - 10th Flor__

__New York NY 10007__

Telephone Number __(212) 417-8700__

ADD ADDITIONAL PAGE IF NECESSARY

| (TO BE COMPLETED BY ATTORNEY) | TRANSCRIPT INFORMATION - FORM B | |
|---|---|---|
| ►QUESTIONNAIRE | ►TRANSCRIPT ORDER | ► DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPT IS REQUIRED (INCLUDE DATE). |
| [✓] I am ordering a transcript<br>[ ] I am not ordering a transcript<br>Reason:<br>[ ] Daily copy is available<br>[ ] U S Attorney has placed order<br>[ ] Other  Attach explanation | Prepare transcript of<br>[ ] Pre-trial proceedings<br>[ ] Trial<br>[✓] Sentence  9/14/16<br>[ ] Post-trial proceedings | Dates |

The ATTORNEY certifies that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript. (FRAP 10(b)) ► Method of payment [ ] Funds [ ] CJA Form 24

| ATTORNEY'S signature   Susanne Brody, Esq. | DATE | 9/16/16 |
|---|---|---|

| ► COURT REPORTER ACKNOWLEDGMENT | | To be completed by Court Reporter and forward to Court of Appeals |
|---|---|---|
| Date order received | Estimated completion date | Estimated number of pages |

Date _____   Signature _____
(Court Reporter)

COPY 1 - ORIGINAL